FILED
April 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D23

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Leslie Wayne Rupp | **Case No :** | 09-47937 – B – 7 |
| | | **Date :** | 4/6/10 |
| | | **Time :** | 09:31 |

**Matter :**      [14] – Motion/Application for Relief from Stay [PD-1] Filed by Creditor Wells Fargo Bank, NA (Fee Paid $150) (jris)
[14] – Motion/Application for Adequate Protection [PD-1] Filed by Creditor Wells Fargo Bank, NA (jris)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is dismissed in part and granted in part. As to the debtor, the motion is dismissed as moot. The debtor received a discharge on March 25, 2010, and the automatic stay as to the debtor ended on that date. 11 U.S.C. § 362(c)(2)(C). As to the estate, the automatic stay is modified pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located at 410 South Orange Avenue, Lodi, CA 95240 (APN 033-120-02) ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The court awards no fees and costs. The 14-day stay specified in Fed. R. Bankr. P. 4001(a)(3) is not waived. Except as so ordered, the motion is denied.

Dated: April 12, 2010

Thomas C. Holman
United States Bankruptcy Judge